UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00543

**Kenneth Foster,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

Petitioner Kenneth Foster, proceeding pro se, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254, claiming, in part, that certain prison disciplinary proceedings were unconstitutional because he had never been convicted in a court of law. Doc. 1. The case was referred to Magistrate Judge K. Nicole Mitchell.

The court ordered a response, which was filed on November 20, 2024 and moves for dismissal with prejudice. Doc. 17. However, plaintiff now moves to "withdraw" his complaint. Doc. 20. Normally, after an opposing party has answered, an action can be dismissed—absent a court order— only by a stipulation of dismissal signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the "motion to withdraw complaint" is signed only by petitioner.

Therefore, this court construes petitioner's motion to withdraw his complaint (Doc. 20) as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). That motion is granted, and this petition is dismissed without prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on January 15, 2025.*

J. CAMPBELL BARKER
United States District Judge